783 A.2d 763

COMMONWEALTH of Pennsylvania, Respondent,

v.

Jamie PASTER, Petitioner.

Supreme Court of Pennsylvania.

Oct. 16, 2001.

### ORDER

PER CURIAM:

**AND NOW,** this 16TH day of October, 2001 we **GRANT** the Petition for Allowance of Appeal and we **REVERSE** the

Order of the Superior Court. See *Commonwealth v. Stevenson,* 560 Pa. 345, 744 A.2d 1261 (2000) and *Commonwealth v. Zhahir,* 561 Pa. 545, 751 A.2d 1153 (2000).